■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW SHACKETT, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant was convicted of second degree burglary and petit larceny for unlawfully entering the

victim's private hospital room and stealing money from her wallet. The court properly charged the jury that the victim's private hospital room was a dwelling because it was a unit the victim occupied for lodging at night (see, Penal Law § 140.00 [2], [3]; *People v Ivory*, 99 AD2d 154; *People v Niepoth*, 55 AD2d 970; *see also, People v Germany*, 41 Colo App 304, 586 P2d 1006). Since the proof established defendant's conviction for second degree burglary because he unlawfully entered the victim's dwelling with intent to commit a crime therein, there was no reasonable view of the evidence that defendant committed only a lesser included burglary or trespass (see, *People v Glover*, 57 NY2d 61; *People v Sheirod*, 124 AD2d 14, 16, *lv denied* 70 NY2d 656; *People v McCarron*, 114 AD2d 977, 978). Defendant's remaining claims lack merit. (Appeal from judgment of Supreme Court, Monroe County, Mark, J.—burglary, second degree.) Present—Callahan, J. P., Doerr, Green, Pine and Lawton, JJ.